849 A.2d 1152

**BENSALEM TOWNSHIP, Appellant,**

**v.**

**BENSALEM TOWNSHIP POLICE BENEVOLENT ASSOCIATION, INC., Appellee.**

Supreme Court of Pennsylvania.

May 27, 2004.

Richard R. Morris, Julie Lynette Kitze, Neil Alan Morris, Philadelphia, for Bensalem Tp.

Travis J. Thompson, for Bensalem Tp. Police Benevolent Ass'n, Inc.

Before CAPPY, C.J., and CASTILLE, NIGRO, NEWMAN, SAYLOR, EAKIN and LAMB, JJ.

## ORDER

PER CURIAM.

**AND NOW,** this 27th day of May, 2004, the above-captioned case is dismissed as improvidently granted.

Former Justice LAMB did not participate in the decision of this case.